AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>PARKER, JAMES A | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>04/10/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.DIST.JUDGE(SENIOR) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>421 Gold Ave., S.W.<br>ALBUQUERQUE, N.M. 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Manager | JPFP Family, LLC |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 APR 16 A 10: 55

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/10/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/10/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Delta Petroleum | | None | O | T | | | | | |
| 2. General Electric | C | Dividend | M | T | | | | | |
| 3. BankAmerica | E | Dividend | O | T | Sold (Part) | 03/15 | M | D | Open Market |
| 4. U.S. Treas Notes | E | Interest | N | T | | | | | |
| 5. Checking Acct. BkAmerica-Albuquerque, NM | A | Interest | K | T | | | | | |
| 6. Agency Acct- JPMorgan | A | Interest | J | T | | | | | |
| 7. Parcel #1, Harris Co., TX (Undivided 50%) | | None | M | S | | | | | |
| 8. Parcel #3, Harris Co., TX (Undivided 50%) | | None | L | S | Condemn-part | 10/23 | K | E | Harris Co., TX |
| 9. Parcel #1, Live Oak Co., TX (Undivided 50%) | C | Rent | M | S | | | | | |
| 10. Parcel #1, Bernalillo Co. NM (Undivided 25%) | | None | K | S | | | | | |
| 11. Parcel #2, Bernalillo Co., NM (Undivided 50%) | | None | K | S | | | | | |
| 12. MINERAL ROYALTY PROPERTIES: | | | | | | | | | |
| 13. LOUISIANA | | | | | | | | | |
| 14. Common Leases, Ascension Parish | A | Royalty | J | W | | | | | |
| 15. VariousLeases, Placquemine Parish | E | Royalty | K | W | | | | | |
| 16. TEXAS | | | | | | | | | |
| 17. Dobie Ranch, Live Oak Co. | E | Royalty | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. COLORADO | | | | | | | | | |
| 19. O.R.R.I. & R.I., Weld, Adams, & Arapahoe Cos. | G | Royalty | O | U | | | | | |
| 20. MINERAL WORKING INTERESTS: | | | | | | | | | |
| 21. 8 Wells, Adams Co., CO. | G | Distribution | L | U | | | | | |
| 22. 1 Well, Arapahoe Co, CO. | D | Distribution | J | U | | | | | |
| 23. 8 Wells, Washington Co., CO | F | Distribution | K | U | | | | | |
| 24. 9 Wells, Weld Co, CO | E | Distribution | K | U | Invest | 2007 | L | | Kerr-McGee |
| 25. 1 Well, Elbert Co., CO | C | Distribution | J | U | | | | | |
| 26. 20 Wells, Stark Co., N.D. | G | Distribution | | | Sold | 09/07 | O | G | Encore Operating |
| 27. Parcel #1, La Plata Co., CO. (land,cabins,water)(25% int.) | B | Rent | M | S | | | | | |
| 28. Cash-F.R.R. Acct.-BkAmerica (25% interest) | A | Interest | J | T | | | | | |
| 29. Home Depot | C | Dividend | | | Sold | 12/18 | M | | Open market |
| 30. Pfizer, Inc. | C | Dividend | | | Sold | 07/20 | L | | Open market |
| 31. Emerson Elec. | A | Dividend | K | T | Sold(part) | 07/20 | J | | Open market |
| 32. Partnerre Hold | A | Dividend | | | Sold | 07/20 | K | | Open market |
| 33. Intel | C | Dividend | M | T | | | | | |
| 34. Cisco Systems Inc | | None | N | T | Donated-part | 12/14 | M | | United Way |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A | 04/10/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 36. Staples, Inc. | B | Dividend | M | T | | | | | |
| 37. Transocean, Inc. | | None | K | T | Merger | 11/27 | K | | Transocean, Inc. |
| 38. Verizon Global Note | B | Interest | K | T | | | | | |
| 39. Wells Fargo & Co Note | B | Interest | K | T | | | | | |
| 40. Bank of America CDs & Accts. (JPFP Family,LLC) | D | Interest | O | T | | | | | |
| 41. Franklin Global LG Cap Fund | B | Interest | N | T | | | | | |
| 42. Franklin Rising Dividends Fund | A | Interest | L | T | Bought | 04/12 | L | | Open Market |
| 43. MSCI EAFE Index Fund | B | Dividend | L | T | | | | | |
| 44. MSCI Emerging Mkt Index Fund | A | Dividend | K | T | | | | | |
| 45. Beacon Mutual Service Fund | C | Dividend | L | T | Bought | 04/12 | L | | Open Market |
| 46. Templeton Develop Markets Trust | A | Dividend | L | T | Bought | 04/12 | L | | Open Market |
| 47. CJS Denver Holdings, LLC | | | O | U | Bought | 2005 | O | | CJS Denver Holdings, LLC |
| 48. MBH Enterprises,LLC | F | Distribution | N | U | Bought | 02/11 | N | | MBH Enterprises,LLC |
| 49. AFG, LLC | | None | M | U | Bought | 10/26 | M | | AFG, LLC |
| 50. Westfield Res. Partners | | None | M | U | Bought | 10/31 | M | | Westfield Res. Ptrs. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

During 2007 I made charitable gifts exceeding $1,000.00 in value to University of New Mexico Foundation, Rice University, United Way of Central New Mexico, St. John's Cathedral, Albuquerque Museum Foundation, University of Texas Law School Foundation, Church of the Holy Comforter, and Holy Spirit Anglican Church.

During 2007 I made gifts exceeding $1,000.00 in value of interests in our family LLC to

The securities shown on lines 1-4 and 29-46 of Section VII were held during 2007 by Fiduciary Trust International either in an I.R.A. account and/or in a managed account.

The agency account at J.P. Morgan Private Bank (line 6, Section VII) is an account in which ▇▇▇▇▇▇ I each have an undivided 50% interest. The primary assets for which J.P. Morgan Private Bank is agent are Louisiana mineral royalty properties (lines 13-15, Section VII). The royalty income received by the Bank is invested in money-market funds which earn interest or dividends in the amount stated on line 6, Section VII. The royalty income from and the values of the mineral properties held in the agency account are stated at lines 14-15 of Section VII.

Value code S was used for the following properties:

| | | | |
|---|---|---|---|
| Line 7 | Parcel #1, Harris Co., TX | $335,850 | (JPFP, LLC 50%=$167,925) |
| Line 8 | Parcel #3, Harris Co., TX | $111,300 | (JPFP, LLC 50%= $55,650) |
| Line 9 | Parcel #1, Live Oak Co., TX | $39,210 | (JPFP, LLC 50%= $19,605) |
| Line 10 | Parcel #1, Bernalillo Co., NM | $157,800 | (JPFP, LLC 25%= $39,450) |
| Line 11 | Parcel #2 Bernalillo Co., NM | $63,700 | (JPFP, LLC 50%= $36,850) |
| Line 27 | Parcel #1, La Plata Co., Co | $592,270 | (JPFP, LLC 25%=$148,068) |

Sales of the stocks reported on Lines 29, 30, 31 and 32 of Section VII resulted in losses, not gains.

During 2007 I received refunds for overpayment of state taxes from New Mexico and North Dakota within income code B, from Colorado within income code D, and from Louisiana within income code A. During 2007 JPFP Family, LLC received a refund from Texas within income code D for overpayment of a state franchise tax.

During 2007 I sold Bank of America stock (Line 3, Section VII) on four dates: 3/15; 4/10; 5/17 and 8/21. The date of the first sale is shown on Line 3, Section VII. The sales value and gain shown on Line 3, Section VII are the totals of the values and gains for all four sales.

During 2007 I sold Pfizer stock (Line 30, Section VII) on two dates: 7/20 and 12/18. The date of the first sale is shown on Line 30, Section VII. The sales value shown on Line30, Section VII is the total of the values for both sales, which resulted in losses, not gains.

On November 27, 2007 Transocean Sedco, Inc. (Line 46, Section VII of my 2006 Report) merged into Transocean, Inc. (Line 37, Section VII of this Report) without a resulting gain or loss.

During 2007 on various dates JPFP Family, LLC invested in new wells shown on Line 24, Section VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544